# United States District Court
WESTERN DISTRICT OF WASHINGTON

JOSEPH and KAREN COOK,

    PLAINTIFF

  v.

OCEAN GOLD SEAFOODS, INC, et al.,

    DEFENDANTS

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5562FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendants Ocean Gold Seafoods, Inc., Merino Seafood, Inc., and Dennis and Jane Doe Rydman's Motion for Summary Judgment (Dft. #28) is GRANTED and Plaintiff's cause of action against these parties IS DISMISSED.

November 29, 2007

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois
_____
Deputy Clerk