UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH COOK and  KAREN COOK,

              Plaintiffs,

    vs

OCEAN GOLD SEAFOODS INC, et al.,

            Defendant.

CV06-5562FDB

ORDER FOR JOINT
STATUS REPORT

NOW, on August 17, 2009, the Court directs the Clerk to enter the following Minute Order:

       Pursuant to the mandate of USCA # 20, dated 6/24/2009,  the parties shall submit by no later than September 4, 2009 a Joint Status Report setting forth information as to the following:

       1. Whether mediation is appropriate;
       2. When any further discovery may be concluded;
       3. When the case is ready for trial and suggested trial dates when counsel are available;
       4. Whether trial is jury or non-jury, and how long it will take to try the case; and
       5. Any other pertinent information or suggestions for expeditiously handling this case.

       The foregoing Minute Order entered at the direction of the Honorable Franklin D. Burgess, United States District Judge.

.

                      **/s/ Pat LeFrois**
                      Pat LeFrois
                      Courtroom Deputy