UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| JOSEPH and KAREN COOK, | |
| Plaintiffs, | CV06-5562FDB |
| vs | |
| OCEAN GOLD SEAFOODS, INC, et al., | MINUTE ORDER |
| Defendant. | |

NOW, on this 19th Day of October, 2009, the Court directs the Clerk to enter the following Minute Order:

Pursuant to the Stipulation filed by parties, the deadlines for objecting to expert witnesses and discovery cut-off in this matter will be continued as follows:

Objection to Opposition Experts continued to 11/15/2009.

Discovery Cut-off continued to 11/30/2009.

The foregoing Minute Order entered at the direction of the Honorable Franklin D. Burgess, United States District Judge.

.

   **/s/ Pat LeFrois**
Pat LeFrois
Courtroom Deputy