# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JOSEPH and KAREN COOK, <br><br> Plaintiffs, <br><br> vs <br><br> OCEAN GOLD SEAFOODS, INC, et al., <br><br> Defendants. | CV06-55562FDB <br><br><br><br> MINUTE ORDER |

NOW, on this 4th Day of January, 2010, the Court directs the Clerk to enter the following Minute Order:

The Stipulation [Dkt. #49] to continue the trial date and amend the scheduling order is granted.

Clerk shall issue an amended scheduling order with new deadlines.

The foregoing Minute Order entered at the direction of the Honorable Franklin D. Burgess, United States District Judge.

.

                                              **/s/ Pat LeFrois**
                                              Pat LeFrois
                                              Courtroom Deputy