HONORABLE RONALD B. LEIGHTON

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

8

9

10   JOSEPH COOK and KAREN COOK,

11          Plaintiffs,                         NO.   C06-5562 RBL

12          v.                                  ORDER

13   OCEAN GOLD SEAFOODS, INC., a
     Washington corporation, et. al.

14          Defendants.

15

16          THIS MATTER having come before the Court by Stipulated Motion of the parties:

17          IT IS HEREBY ORDERED that the trial date is continued to

18          NOVEMBER 15, 2010 @ 9:00 AM.

19   DATED this 17th day of May, 2010

20

21                                             RONALD B. LEIGHTON
                                               UNITED STATES DISTRICT JUDGE
22

23

24   ORDER                                     **THE GEISNESS LAW FIRM**
                                               The Colman Building, Suite 675
25   (C06-5562 RBL)                            811 First Avenue
                                               Seattle, WA 98104
                                               (206) 728-8866; Fax (206) 728-1173